IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMAR J. DRAPER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-16-978-R |
| ROBERT PATTON, | ) ) | |
| Respondent. | ) ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered September 12, 2016. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is DISMISSED.

IT IS SO ORDERED this 5th day of October, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE